GEORGE VAN AERNAM, Appellant, v. THE STATE OF NEW YORK, Respondent.— Appeal dismissed. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

LUCY ROBINSON KIRCHER, Individually and as Administratrix, etc., of GEORGE LEON ROBINSON, Deceased, Respondent, v. MICHAEL LIPMAN, Appellant.— Appeal dismissed. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

RAYMOND L. CLARK, Respondent, v. MARIE L. BERLUREAU, Appellant.— Motion to dismiss appeal granted. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

YEAGER BUILDERS' SUPPLY COMPANY, INCORPORATED, Respondent, v. CARL MANDT and Another, Appellants.— Motion to dismiss appeal granted. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

WILLIAM J. EMBLING, Respondent, v. CHURCHVILLE OIL AND NATURAL GAS COMPANY, Appellant.— Appeal dismissed, unless appellant shall file and serve printed briefs by March eighteenth. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

DANIEL DONAHUE, Respondent, v. HYMAN J. COHEN, Appellant.— Appeal dismissed, unless appellant shall file and serve printed papers and printed briefs by March twenty-second. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

ROSE SCHAFFER, Respondent, v. JACOB LAZARUS, Appellant.— Appeal dismissed, unless appellant shall file and serve printed briefs by April fifth and be ready for argument at opening of the May term. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES O. SEBRING, Respondent, v. MUNSON B. DOWD and Others, as Assessors, etc., Appellants.— Appeal dismissed, unless appellants shall file and serve printed briefs by March twenty-second. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

ALEXANDER ERWAY, as Administrator, etc., of NEWTON I. ERWAY, MILDRED P. ERWAY and DOROTHY L. SMITH, Deceased, Appellant, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent.— Appeal dismissed, unless appellant shall file and serve printed records by April second. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

HARRY L. ANDERSON, Appellant, v. REUBEN W. WRIGHT, Respondent.— Motion to dismiss appeal granted. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

ARTHUR E. SULLIVAN, Respondent, v. JOHN G. SCHULER, INCORPORATED, Appellant.— Motion to dismiss appeal granted. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

UNITED STATES OF AMERICA, Respondent, v. NICK VESSA, Appellant.— Appeal dismissed, unless appellant shall file and serve printed papers and printed briefs by March twenty-fifth. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.